UNITED STATES of America,
Appellee,

v.

James HUTCHINS, Jr., Appellant.

No. 08–1528.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 5, 2009.

Filed: Feb. 10, 2009.

Kenneth Tihen, U.S. Attorney's Office, St. Louis, MO, for Appellee.

James Hutchins, Jr., Crestwood, MO, pro se.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

James Hutchins, Jr. (Hutchins) appeals following the district court's [1] denial of his 18 U.S.C. § 3583(e)(1) motion for early termination of his supervised release. After careful review of the record, we find no abuse of discretion in the district court's denial of the motion, *see* 18 U.S.C. § 3583(e)(1); *United States v. Pregent,* 190 F.3d 279, 282 (4th Cir.1999) (standard of review), or in the denial of Hutchins's motion for reconsideration.

Accordingly, we affirm.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.